**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45385-CAD |
| | § | |
| CARLOS PENA | § | |
| MARTA PENA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/30/2011, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/04/2011                         By:   /s/ David P. Leibowitz
                                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45385-CAD |
| | § | |
| CARLOS PENA | § | |
| MARTA PENA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $2,497.24
*and approved disbursements of*      $561.56
*leaving a balance on hand of[1] :*      $1,935.68

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $1,935.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $484.07 | $0.00 | $484.07 |
| David P. Leibowitz, Trustee Expenses | $3.78 | $0.00 | $3.78 |

Total to be paid for chapter 7 administrative expenses:      $487.85
Remaining balance:      $1,447.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $1,447.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,447.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,375.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Guardian Protection Services | $226.88 | $0.00 | $44.54 |
| 2 | Commonwealth Edison Company | $545.06 | $0.00 | $107.00 |
| 3 | Capital Recovery IV LLC/ GE Capital | $4,319.78 | $0.00 | $848.00 |
| 4 | Capital Recovery IV LLC/ Cortrust Bank NA | $435.52 | $0.00 | $85.50 |
| 5 | Capital Recovery IV LLC/ Pemier Bank Card Inc | $276.93 | $0.00 | $54.36 |
| 6 | Verizon Wireless | $1,275.97 | $0.00 | $250.48 |
| 7 | LVNV Funding LLC/Resurgent Capital Services | $295.22 | $0.00 | $57.95 |

Total to be paid to timely general unsecured claims: $1,447.83
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (5/1/2011)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-45385-CAD
Carlos Pena                                                             Chapter 7
Marta Pena
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley             Page 1 of 2            Date Rcvd: Aug 05, 2011
                              Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2011.
```
db/jdb       +Carlos Pena,    Marta Pena,    1511 S. Karlov,    Chicago, IL 60623-1938
aty          +Susan A Goreczny,    Sacks. Goreczny, Maslanka & Costello PC,    100 W Monroe St Ste 804,
               Chicago, IL 60603-1958
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
16257871     +Arrow Financial Services,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
16257872     +Bank of America,    Customer Service,   PO Box 5170,    Simi Valley, CA 93062-5170
16257873     +Bank of New York,    c/o Pierce and Associates,    1 N. Dearborn, #1300,    Chicago, IL 60602-4321
16257874     +Bureau of Collection,    7575 Corporate Way #301,    Eden Prairie, MN 55344-2000
16257876     +Cortrust Bank,    500 E. 60th St. N,   Sioux Falls, SD 57104-0478
16257878     +Express Furniture,    c/o Paul Lawent,   PO Box 5718,    Elgin, IL 60121-5718
16257879     +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
16257880     +Ginnys,    1112 7th Ave,   Monroe, WI 53566-1364
16257881     +Guardian Protection Services,    174 Thorn Hill Rd.,    Warrendale, PA 15086-7528
16257882    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Household Credit Services,     PO Box 98706,    Las Vegas, NV 89193)
16257883     +Illiana Anesthesia LLC,    PO Box 3073,   Carol Stream, IL 60132-0001
16257884     +Lakeside Surgery Center LLC,    PO Box 3065,   Carol Stream, IL 60132-0001
16257886     +Midnight Velvet,    1112 7th Ave,   Monroe, WI 53566-1364
16257887     +Premier Bank Card, Inc,    c/o Arrow Financial Service,    5996 W. Touhy Ave,
               Niles, IL 60714-4610
16257888     +Seventh Avenue,    1112 7th Ave,   Monroe, WI 53566-1364
16257889      T Mobile,   PO Box 742596,    Cincinnati, OH 45274-2596
16257890     +Value Auto Mart, Inc.,    2734 N. Cicero Avenue,    Chicago, IL 60639-1796
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16722731      E-mail/PDF: rmscedi@recoverycorp.com Aug 06 2011 01:33:40      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16257875     +E-mail/Text: legalcollections@comed.com Aug 06 2011 00:33:17      Com Ed,
               Attn Bankruptcy Department,    2100 Swift Drive,   Oak Brook, IL 60523-1559
16633473     +E-mail/Text: legalcollections@comed.com Aug 06 2011 00:33:17      Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
16257877     +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2011 01:33:40      Empire Home Services/GEMB,
               PO Box 981439,   El Paso, TX 79998-1439
16257885     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 06 2011 00:32:32      LVNV Funding LLC,
               PO Box 10497,    Greenville, SC 29603-0497
16926310      E-mail/Text: resurgentbknotifications@resurgent.com Aug 06 2011 00:32:32      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
16257892     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 06 2011 01:32:21
               VERIZON WIRELESS GREAT LAK,    1515 E WOODFIELD RD,    STE 1400,   Schaumburg, IL 60173-5497
16797708      E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 06 2011 01:32:21      Verizon Wireless,
               PO Box 3397,   Bloomington, IL 61702-3397
16257891     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 06 2011 01:32:21      Verizon Wireless,
               PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 9
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: lhuley              Page 2 of 2              Date Rcvd: Aug 05, 2011
                               Form ID: pdf006          Total Noticed: 29

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2011**                    **Signature:**       *Joseph Speetjens*