**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45385-CAD |
| | § | |
| CARLOS PENA | § | |
| MARTA PENA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $213,785.00 | Assets Exempt: | $31,785.00 |
| Total Distributions to Claimants: | $1,447.83 | Claims Discharged Without Payment: | $23,576.51 |
| Total Expenses of Administration: | $488.45 | | |

3)       Total gross receipts of $2,497.24  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $560.96 (see **Exhibit 2),** yielded net receipts of $1,936.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $267,093.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $488.45 | $488.45 | $488.45 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $20,329.74 | $7,375.36 | $7,375.36 | $1,447.83 |
| **Total Disbursements** | $287,422.74 | $7,863.81 | $7,863.81 | $1,936.28 |

4).  This case was originally filed under chapter 7 on 10/11/2010.  The case was pending for 14 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2011                    By:    /s/ David P. Leibowitz
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Anticpated 2010 Tax Refund | 1224-000 | $2,497.00 |
| Interest Earned | 1270-000 | $0.24 |
| **TOTAL GROSS RECEIPTS** | | $2,497.24 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Carlos and Marta Pena | Exemptions | 8100-002 | $560.96 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $560.96 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $253,093.00 | NA | $0.00 | $0.00 |
| | Value Auto Mart, Inc. | 4110-000 | $14,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $267,093.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $484.07 | $484.07 | $484.07 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.78 | $3.78 | $3.78 |
| Green Bank | 2600-000 | NA | $0.60 | $0.60 | $0.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $488.45 | $488.45 | $488.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Guardian Protection Services | 7100-000 | $223.88 | $226.88 | $226.88 | $44.54 |
| 2 | Commonwealth Edison Company | 7100-000 | $1,309.88 | $545.06 | $545.06 | $107.00 |
| 3 | Capital Recovery IV LLC/ GE Capital | 7100-900 | NA | $4,319.78 | $4,319.78 | $848.00 |
| 4 | Capital Recovery IV LLC/ Cortrust Bank NA | 7100-000 | $547.00 | $435.52 | $435.52 | $85.50 |
| 5 | Capital Recovery IV LLC/ Pemier Bank Card Inc | 7100-900 | $336.00 | $276.93 | $276.93 | $54.36 |
| 6 | Verizon Wireless | 7100-000 | $264.00 | $1,275.97 | $1,275.97 | $250.48 |
| 7 | LVNV Funding LLC/Resurgent Capital Services | 7100-900 | NA | $295.22 | $295.22 | $57.95 |
|  | Empire Home Services/GEMB | 7100-000 | $4,201.00 | NA | NA | $0.00 |
|  | Express Furniture | 7100-000 | $3,165.00 | NA | NA | $0.00 |
|  | First Premier Bank | 7100-000 | $276.00 | NA | NA | $0.00 |
|  | Ginnys | 7100-000 | $270.00 | NA | NA | $0.00 |
|  | Household Credit Services | 7100-000 | $497.00 | NA | NA | $0.00 |
|  | Illiana Anesthesia LLC | 7100-000 | $720.00 | NA | NA | $0.00 |
|  | Lakeside Surgery Center LLC | 7100-000 | $6,949.98 | NA | NA | $0.00 |
|  | Midnight Velvet | 7100-000 | $116.00 | NA | NA | $0.00 |
|  | Seventh Avenue | 7100-000 | $165.00 | NA | NA | $0.00 |
|  | VERIZON WIRELESS GREAT LAK | 7100-000 | $1,289.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$20,329.74** | **$7,375.36** | **$7,375.36** | **$1,447.83** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No.: | 10-45385-CAD | |
| Case Name: | PENA, CARLOS  AND PENA, MARTA | |
| For the Period Ending: | 12/2/2011 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 10/11/2010 (f) |
| §341(a) Meeting Date: | 12/06/2010 |
| Claims Bar Date: | 03/09/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Single family residence Location: 1511 S. Karlov, Chicago IL 60623 | $175,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Joint checking account, PNC Bank | $57.00 | $0.00 | DA | $0.00 | FA |
| 3 | Couch, Lamp, TV, Table & chairs, China closet, 5 beds, 5 dressers, desk, mirror, 4 lamps, 4 televisions, 3 VCR/DVD players, computer,, kitchen table & chairs, microwave, refrigerator, deep freezer, washer,dryer, stove, dishes, cookward, computer, tools, power tools, lawn mower, misc goods. | $6,270.00 | $0.00 | DA | $0.00 | FA |
| 4 | Family wearing apparel | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Woman's cosmetic jewelry, wedding band and engagement ring, man's wedding ring and watch | $1,250.00 | $0.00 | DA | $0.00 | FA |
| 6 | Tribune Company 401(k) Savings Plan | $18,208.00 | $0.00 | DA | $0.00 | FA |
| 7 | Tribune Company Pension, cash balance $2,516.00 | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | 2004 Dodge Caravan (107,000 miles) Location: 1511 S. Karlov, Chicago IL 60623 | $7,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | 1999 Chevrolet van (131,449 miles) Location: 1511 S. Karlov, Chicago IL 60623 | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | Anticpated 2010 Tax Refund (u) | Unknown | $2,497.00 | DA | $2,497.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | DA | $0.24 | FA |

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| | $213,785.00 | $2,497.00 | | $2,497.24 | $0.00 |

**Major Activities affecting case closing:**

Anticipated 2010 Tax Refund

TFR completed for trustee's review.

TFR sent to Tom for review and approval.

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 05/01/2012 | /s/ DAVID LEIBOWITZ |
| Current Projected Date Of Final Report (TFR): | 05/01/2012 | DAVID LEIBOWITZ |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No. | 10-45385-CAD | |
| Case Name: | PENA, CARLOS AND PENA, MARTA | |
| Primary Taxpayer ID #: | ******8265 | |
| Co-Debtor Taxpayer ID #: | ******8266 | |
| For Period Beginning: | 10/11/2010 | |
| For Period Ending: | 12/2/2011 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******8501 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $1,936.28 | | $1,936.28 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.60 | $1,935.68 |
| 08/31/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.78 | $1,931.90 |
| 08/31/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $484.07 | $1,447.83 |
| 08/31/2011 | 5003 | Guardian Protection Services | Claim #: 1; Amount Claimed: 226.88; Amount Allowed: 226.88; Distribution Dividend: 19.63; | 7100-000 | | $44.54 | $1,403.29 |
| 08/31/2011 | 5004 | Commonwealth Edison Company | Claim #: 2; Amount Claimed: 545.06; Amount Allowed: 545.06; Distribution Dividend: 19.63; | 7100-000 | | $107.00 | $1,296.29 |
| 08/31/2011 | 5005 | Capital Recovery IV LLC/ GE Capital | Claim #: 3; Amount Claimed: 4,319.78; Amount Allowed: 4,319.78; Distribution Dividend: 19.63; | 7100-900 | | $848.00 | $448.29 |
| 08/31/2011 | 5006 | Capital Recovery IV LLC/ Cortrust Bank NA | Claim #: 4; Amount Claimed: 435.52; Amount Allowed: 435.52; Distribution Dividend: 19.63; | 7100-000 | | $85.50 | $362.79 |
| 08/31/2011 | 5007 | Capital Recovery IV LLC/ Pemier Bank Card Inc | Claim #: 5; Amount Claimed: 276.93; Amount Allowed: 276.93; Distribution Dividend: 19.63; | 7100-900 | | $54.36 | $308.43 |
| 08/31/2011 | 5008 | Verizon Wireless | Claim #: 6; Amount Claimed: 1,275.97; Amount Allowed: 1,275.97; Distribution Dividend: 19.63; | 7100-000 | | $250.48 | $57.95 |
| 08/31/2011 | 5009 | LVNV Funding LLC/Resurgent Capital | Claim #: 7; Amount Claimed: 295.22; Amount Allowed: 295.22; Distribution Dividend: 19.63; | 7100-900 | | $57.95 | $0.00 |
| | | **TOTALS:** | | | $1,936.28 | $1,936.28 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $1,936.28 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $1,936.28 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $1,936.28 | |

| For the period of 10/11/2010 to 12/2/2011 | | For the entire history of the account between 06/29/2011 to 12/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,936.28 | Total Internal/Transfer Receipts: | $1,936.28 |
| | | | |
| Total Compensable Disbursements: | $1,936.28 | Total Compensable Disbursements: | $1,936.28 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,936.28 | Total Comp/Non Comp Disbursements: | $1,936.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**Page No:** 2
Exhibit 9
**FORM 2**
Case 10-45385   Doc 46   Filed 12/05/11   Entered 12/05/11 17:22:30   Desc Main
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 7 of 9

| Case No. | 10-45385-CAD | | | Trustee Name: | | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | PENA, CARLOS  AND PENA, MARTA | | | Bank Name: | | Sterling Bank |
| Primary Taxpayer ID #: | ******8265 | | | Checking Acct #: | | ******5385 |
| Co-Debtor Taxpayer ID #: | ******8266 | | | Account Title: | | |
| For Period Beginning: | 10/11/2010 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 12/2/2011 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 10/11/2010 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 03/23/2011 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 10-45385-CAD |
| **Case Name:** | PENA, CARLOS  AND PENA, MARTA |
| **Primary Taxpayer ID #:** | ******8265 |
| **Co-Debtor Taxpayer ID #:** | ******8266 |
| **For Period Beginning:** | 10/11/2010 |
| **For Period Ending:** | 12/2/2011 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******5385 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2011 | (10) | United States Treasury | | 1224-000 | $2,497.00 | | $2,497.00 |
| 03/30/2011 | 1001 | Carlos and Marta Pena | Portion due to Debtor from Fed Tax Refund | 8100-002 | | $560.96 | $1,936.04 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.09 | | $1,936.13 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.08 | | $1,936.21 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.07 | | $1,936.28 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,936.28 | $0.00 |
| | | | **TOTALS:** | | $2,497.24 | $2,497.24 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,936.28 | |
| | | | **Subtotal** | | $2,497.24 | $560.96 | |
| | | | **Less: Payments to debtors** | | $0.00 | $560.96 | |
| | | | **Net** | | $2,497.24 | $0.00 | |

**For the period of  10/11/2010 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,497.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,497.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $560.96 |
| Total Comp/Non Comp  Disbursements: | $560.96 |
| Total Internal/Transfer  Disbursements: | $1,936.28 |

**For the entire history of the account between 03/23/2011 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,497.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,497.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $560.96 |
| Total Comp/Non Comp  Disbursements: | $560.96 |
| Total Internal/Transfer  Disbursements: | $1,936.28 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 10-45385-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PENA, CARLOS  AND PENA, MARTA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8265 | Money Market Acct #: | ******5385 |
| Co-Debtor Taxpayer ID #: | ******8266 | Account Title: | |
| For Period Beginning: | 10/11/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,497.24 | $2,497.24 | $0.00 |

**For the period of 10/11/2010 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,497.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,497.24 |
| Total Internal/Transfer Receipts: | $1,936.28 |
| | |
| Total Compensable Disbursements: | $1,936.28 |
| Total Non-Compensable Disbursements: | $560.96 |
| Total Comp/Non Comp  Disbursements: | $2,497.24 |
| Total Internal/Transfer  Disbursements: | $1,936.28 |

**For the entire history of the case between  10/11/2010 to 12/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,497.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,497.24 |
| Total Internal/Transfer Receipts: | $1,936.28 |
| | |
| Total Compensable Disbursements: | $1,936.28 |
| Total Non-Compensable Disbursements: | $560.96 |
| Total Comp/Non Comp  Disbursements: | $2,497.24 |
| Total Internal/Transfer  Disbursements: | $1,936.28 |